# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Contrell Shumate JR., et al.

                          Plaintiff,

v.                                            Case No.: 1:24−cv−00931

                                                        Honorable Matthew F. Kennelly

Forsage, Inc., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 13, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion and status hearings held on 6/13/2025. The joint motion for settlement approval [91] is granted. The order granting the conditional certification [80] is vacated. Jury trial set for 9/8/2025 is vacated. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.